## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LAURA MURRAY CICCO,

     Plaintiff,

v.

                  Civil No. 18-1164-EFM-TJJ

The NATIONAL AERONAUTICS AND
SPACE ADMINISTRATION,

     Defendant.

## <u>MOTION TO DISMISS</u>

   Defendant the National Aeronautics and Space Administration, by and through Stephen R. McAllister, United States Attorney for the District of Kansas, and Brian D. Sheern, Assistant United States Attorney, moves the Court to dismiss this action pursuant to Rules 12(b)(1) and 12(b)(3) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction and improper venue.

   In support of this motion, the Defendant files herewith its Memorandum in Support.

            Respectfully submitted,

            STEPHEN R. MCALLISTER
            United States Attorney

            ***s/ Brian D. Sheern***
            BRIAN D. SHEERN, KS S. Ct. No. 21479
            Assistant U.S. Attorney
            301 N. Main, Suite 1200
            Wichita, KS  67202
            Tele: (316) 269-6481
            Email: brian.sheern@usdoj.gov
            Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2018, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Christopher M. McHugh
> SEIGFREID BINGHAM, PC
> 2323 Grand Boulevard, 10th Floor
> Kansas City, MO   64108
> Attorney for Plaintiff

*s/ Brian D. Sheern*
BRIAN D. SHEERN
Assistant United States Attorney

2